UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KOUBONG, et al.,<br><br>    Defendants. | No. 2:24-cv-01871-TLN-CSK<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2024, the magistrate judge issued an order denying Plaintiff's motion for appointment of counsel. (ECF No. 10.) Pursuant to the mailbox rule, Plaintiff filed objections to the magistrate judge's July 16, 2024, order denying Plaintiff's motion for appointment of counsel on August 11, 2024.[1] (ECF No. 16 at 6.) This Court construes Plaintiff's objections as a request for reconsideration of the July 16, 2024 order.

///

---

[1] Plaintiff's objections do not contain a proof of service. Accordingly, this Court finds that Plaintiff filed his objections on the date he signed the declaration attached to his objections. *See Douglas v. Noelle*, 567 F.3d 1103, 1108 (9th Cir. 2009).

1

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." *Id.* Including three additional days for service by mail pursuant to Federal Rule of Civil Procedure 6(d), Plaintiff's request for reconsideration of the magistrate judge's order of July 16, 2024, is untimely.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections (ECF No. 16), construed as a request for reconsideration of the magistrate judge's order filed July 16, 2024, denying Plaintiff's motion for appointment of counsel (ECF No. 10), are denied.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge

2