UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. KOUBONG, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-01871 TLN CSK P<br><br><br>ORDER |

　　　Plaintiff filed a motion for an extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.


Dated:  October 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

tayl1871.36

2