1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WAYNE TAYLOR,                              No.  2:24-cv-1871 TLN CSK P

12                    Plaintiff,

13           v.                                  ORDER

14    S. KOUBONG, et al.,

15                    Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the Court is plaintiff's third motion for a thirty-day

19   extension of time to file his third amended complaint.  For the following reasons, plaintiff is

20   granted fourteen days from the date of this order to file his third amended complaint.

21         On November 18, 2024, this Court granted plaintiff's second request for a thirty-day

22   extension of time to file his third amended complaint.  (ECF No. 26.)  In this order, this Court

23   stated that no further extensions of time would be granted.  (Id.)  The grounds of the pending

24   motion for extension of time are essentially the same as the previous motions for extensions of

25   time to file the third amended complaint.  In the pending motion, plaintiff alleges that he suffers

26   from "unabated mental illness due to his continued exacerbation of his pre-existing emotional

27   distress…" (ECF No. 28 at 3.)  Plaintiff alleges that he continues to experience a "growing

28   inability to litigate my claims pro se."  (Id.)  This Court observes that plaintiff failed to provide

                                               1

1  mental health records in support of any of his motions for extensions of time to file the third

2  amended complaint.  This Court observes, however, that on December 18, 2024, plaintiff was

3  able to file a request for a ruling on plaintiff's objections filed September 30, 2024.  (ECF No.

4  27.)  This Court further observes that on December 18, 2024, plaintiff was able to file a request

5  for a ruling on plaintiff's objections filed September 30, 2024.  (ECF No. 27.)

6      While this Court is sympathetic to plaintiff's mental illness, the instant action cannot be

7  indefinitely delayed.  If plaintiff is unable to prosecute this action, he may file a request to

8  voluntarily dismiss this action without prejudice.

9      Accordingly, IT IS HEREBY ORDERED that:

10     1.  Plaintiff's third motion for an extension of time to file a third amended complaint (ECF

11  No. 28) is denied;

12     2.  Plaintiff is granted fourteen days from the date of this order to file his third amended

13  complaint; no further extensions of time to file a third amended complaint will be granted; failure

14  to file a third amended complaint within that time will result in a recommendation of dismissal of

15  this action.

16

17  Dated:  December 30, 2024

18  _____

19  CHI SOO KIM
   UNITED STATES MAGISTRATE JUDGE

20

21

22  Tay1871.36(3)/2

23

24

25

26

27

28