1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WAYNE TAYLOR,                              No.  2:24-cv-1871 TLN CSK P

12                 Plaintiff,

13          v.                                  FINDINGS & RECOMMENDATIONS

14   S. KOUBONG, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  For the following reasons, this Court recommends that this action be

19   dismissed.

20          On August 27, 2024, this Court dismissed plaintiff's second amended complaint with

21   thirty days to file a third amended complaint.  (ECF No. 18.)  On October 3, 2024, this Court

22   granted plaintiff a thirty-day extension of time to file the third amended complaint.  (ECF No.

23   24.)  On November 18, 2024, this Court granted plaintiff a second thirty-day extension of time to

24   file the third amended complaint.  (ECF No. 26.)  On December 30, 2024, this Court denied

25   plaintiff's third motion for a thirty-day extension of time to file the third amended complaint.

26   (ECF No. 29.)  In the December 30, 2024 order, this Court granted plaintiff fourteen days to file

27   the third amended complaint.  (Id.)  This Court ordered that no further extensions of time to file a

28   third amended complaint would be granted.  (Id.)  This Court warned plaintiff that failure to file a

1   third amended complaint within that time would result in a recommendation of dismissal of this

2   action.  (Id.)  Fourteen days passed from December 30, 2024 and plaintiff did not file a third

3   amended complaint.

4           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

5   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

6           These findings and recommendations are submitted to the United States District Judge

7   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8   after being served with these findings and recommendations, plaintiff may file written objections

9   with the court and serve a copy on all parties.  Such a document should be captioned

10  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

11  failure to file objections within the specified time may waive the right to appeal the District

12  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13

14  Dated:  January 27, 2025

15

16                                          CHI SOO KIM
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19  Tay1871.fta/2

20

21

22

23

24

25

26

27

28

                                            2