UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>S. KOUBONG, et al.,<br><br>        Defendants. | No. 2:24-cv-1871 TLN CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for an extension of time to file a notice of appeal. (ECF No. 37.) For the following reasons, plaintiff's motion is granted.

A notice of appeal must be filed within thirty days after entry of the judgment or order appealed from. See Fed. R. App. P. 4(a)(1). The district court may extend the time to file a notice of appeal if the party so moves no later than thirty days after the time prescribed and shows excusable neglect or good cause. See Fed. R. App. P. 4(a)(5)(A). No motion for extension of time to file an appeal may exceed thirty days after the prescribed time or fourteen days after the date when the order granting the motion is entered, whichever is later. See Fed. R. App. P. 4(a)(5)(C).

On March 31, 2025, the Court dismissed this action and judgment was entered. (ECF Nos. 34, 35.) On April 24, 2025, plaintiff filed the timely pending motion for extension of time to

file a notice of appeal. (ECF No. 37.) The grounds of plaintiff's motion for extension of time are that plaintiff was moved between institutions and housed in a Mental Health Crisis Facility. (Id.) Plaintiff does not have access to his legal materials. (Id.) This Court finds that plaintiff demonstrates good cause to grant the pending motion for extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file a notice of appeal (ECF No. 37) is granted; and

2. Plaintiff's notice of appeal shall be filed on or before May 30, 2025.

Dated: April 30, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Tay1871.app/2

2